1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SUSAN C. PURMORT,                         Case No.  1:21-cv-01244-BAM

12              Plaintiff,                     **ORDER ON APPLICATION TO
                                               PROCEED *IN FORMA PAUPERIS* AND
13       v.                                    DIRECTING CLERK TO ISSUE
                                               SUMMONS AND SCHEDULING ORDER**
14  COMMISSIONER OF SOCIAL
    SECURITY,                                  (Doc. 2)
15
                Defendant.
16

17

18          Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

19  U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

20  *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

21  as follows:

22          1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

23          2.  The Clerk of the Court is directed to issue new case documents, including the

24              Scheduling Order;

25          3.  The Clerk of the Court also is directed to issue summons and service shall proceed

26              under the Court's E-Service program with the Clerk delivering to the Commissioner of

27              Social Security Administration and the United States Attorney's Office at their

28              designated email addresses, a notice of electronic filing of the action along with the

                                                1

summons and complaint.

IT IS SO ORDERED.

Dated:   **August 18, 2021**                            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE